IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01409-WYD-OES

NATHAN CROSWHITE,

    Plaintiff,

v.

GRANGE INSURANCE COMPANY; and
ROCKY MOUNTAIN FIRE AND CASUALTY COMPANY,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

The parties filed a Stipulation for Dismissal with Prejudice (# 9) on December 29, 2005.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney's fees.

Dated:  December 30, 2005

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge